IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM HACKNEY,** | Case No. 15-CV-02447 VC (PR) |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **BRIAN DUFFY, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until September 25, 2015 to file a motion to dismiss the petition for writ of habeas corpus. Petitioner may file and serve an opposition or statement of non-opposition to the motion within 30 days of his receipt of the respondent's motion to dismiss.

Dated: September 14, 2015

_____
The Honorable Vince Chhabria